**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 23-7560

Caption [use short title]

**Motion for:** Extension of time to file opposition brief.

Anderson St. John v. ADESA, Inc.

Set forth below precise, complete statement of relief sought:

Appellee requests a 30-day of extension of time to file its opposition brief.

The current deadline for Appellee's opposition brief is January 22, 2024.

Please see attached Declaration of Eli Z. Freedberg in support of this motion.

**MOVING PARTY:** ADESA, Inc. **OPPOSING PARTY:** N/A

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** Eli Z. Freedberg **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Littler Mendelson, P.C.

900 Third Ave., 8th Fl., New York, NY 10022

212.583.2685

Court- Judge/ Agency appealed from: U.S. District Court, Eastern District of New York - Judge Gary R. Brown

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

**Date:** 01/08/2024 Service : ☒ Electronic ☐ Other [Attach proof of service]

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ANDSERSON ST. JOHN,

Plaintiff-Appellant,

-against-

ADESA, INC.,

Defendant-Appellee.

Docket No. 23-7560

**DECLARATION OF ELI Z. FREEDBERG IN SUPPORT OF MOTION TO EXTEND**

**ELI Z. FREEDBERG** an attorney duly admitted to practice before this Court, hereby declares as follows under the penalties of perjury:

1. I am counsel of record for the Defendant-Appellee in the above-referenced matter and am fully familiar with the facts and circumstances of the underlying action and this appeal. I submit this declaration in support of Defendant-Appellee's motion to extend the time to file its opposition brief, which is currently due on January 22, 2024, by 30 days, to February 22, 2024.

2. The reason for the request is that Plaintiff-Appellant filed the brief over the holiday season where counsel and the client representatives for Defendant-Appellee had limited availability. In addition, the undersigned counsel's wife is embarking on a peace mission to the Middle East, which limits the undersigned's ability to respond to the appeal.

3. This is Defendant-Appellee's first request for an extension of time in this matter.

4. I have conferred with lead counsel for Plaintiff-Appellant, D. Maimon Kirschenbaum, and Plaintiff-Appellant does not object to the present motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2024

s/ *Eli Z. Freedberg*
Eli Z. Freedberg